UNITED STATES DISTRICT
SOUTHERN DISTRICT OF
FLORIDA

CASE:  1:16-CV-21210-MGC

DOUG LONGHINI, an Individual

    Plaintiff,

vs.

JAEA RESTAURANT HOLDINGS, LLC
d/b/a WENDY'S OLD FASHIONED
HAMBURGERS,

    Defendant.
_____/

### PLAINTIFFS' NOTICE OF COMPLETION OF THE RULE 34 INSPECTION

COMES NOW, Plaintiff, DOUG LONGHINI, by and through the undersigned counsel and hereby gives notice that the Rule 34 Inspection has been completed in regards to Defendant, JAEA RESTAURANT HOLDINGS, LLC d/b/a/ WENDY'S OLD FASHIONED HAMBURGERS, on June 13, 2016.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL  33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By: /s/ Anthony J. Perez
    ANTHONY J. PEREZ

        Florida Bar No.: 535451
        ALFREDO GARCIA-MENOCAL
        Florida Bar No.: 533610

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on June 16, 2016.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305)553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperezlaw@gmail.com
        Secondary E-Mail: agmlaw@bellsouth.net

By*:   /s/ Anthony J. Perez*_____
        ANTHONY J. PEREZ
        Florida Bar No.: 535451
        ALFREDO GARCIA-MENOCAL
        Florida Bar No.: 533610